No. 87–1485. BLANCHARD v. BERGERON ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1217.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 87–1651. MASSACHUSETTS v. OAKES. Sup. Jud. Ct. Mass. [Certiorari granted, 486 U. S. 1022.] Motions of Massachusetts Society for Prevention of Cruelty to Children et al. and Covenant House et al. for leave to file briefs as *amici curiae* granted.

No. 87–1905. MIDLAND ASPHALT CORP. ET AL. v. UNITED STATES. C. A. 2d Cir. [Certiorari granted, *ante*, p. 1217.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 87–5840. MCNAMARA v. COUNTY OF SAN DIEGO DEPARTMENT OF SOCIAL SERVICES. Ct. App. Cal., 4th App. Dist. [Probable jurisdiction postponed, 485 U. S. 1005.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 86–1386. SALGADO v. UNITED STATES, *ante*, p. 1233;

No. 86–1685. FLORIDA ET AL. v. LONG ET AL., *ante*, p. 223;

No. 87–1799. NOBEL SCIENTIFIC INDUSTRIES, INC. v. BECKMAN INSTRUMENTS, INC., *ante*, p. 1226;

No. 87–5546. FRANKLIN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 164;

No. 87–6393. FARAGA v. MISSISSIPPI, *ante*, p. 1210;

No. 87–6460. RUPE v. WASHINGTON, 486 U. S. 1061;

No. 87–6811. SMEGO v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, *ante*, p. 1220;

No. 87–6814. IN RE ZUSCHLAG, *ante*, p. 1203;

No. 87–6839. KRAMER v. SECRETARY, UNITED STATES DEPARTMENT OF THE ARMY, ET AL., *ante*, p. 1208;

No. 87–6860. WALEN v. MICHIGAN, *ante*, p. 1208;

No. 87–6870. FISHER v. SLATE, JUDGE, MORGAN COUNTY CIRCUIT, ET AL., *ante*, p. 1208;

No. 87–6903. MARTIN v. SHANK ET AL., *ante*, p. 1220;

No. 87–6918. BURY v. CITY OF LAKELAND, FLORIDA, ET AL., *ante*, p. 1220; and

No. 87–6977. NICKS v. ALABAMA, *ante*, p. 1241. Petitions for rehearing denied.